DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KURT W. LANG,

Appellant,

v.

KRIS LANG; KYLE LANG; and KARY LANG,

Appellees.

No. 2D23-855

————————————————

April 12, 2024

Appeal from the Circuit Court for Pinellas County; Amy C. Williams, Judge.

Robert E. Heyman of Heyman Law Firm, P.A., St. Petersburg, for Appellant.

Raleigh W. Greene, IV, Megan Greene, and James F. Butler of Greene & Greene, for Appellees Kyle Lang and Kris Lang.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.